# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 24-1659-V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
KELLY ZRIMSEK,                          \*
                                        \*     Filed: September 23, 2025
            Petitioner,                 \*
                                        \*
      v.                                \*
                                        \*
SECRETARY OF HEALTH AND                 \*
HUMAN SERVICES,                         \*
                                        \*
            Respondent.                 \*
                                        \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Ronald C. Homer*, Conway, Homer, P.C., Boston, MA, for Petitioner.

*Jamica M. Littles*, U.S. Dep't of Justice, Washington, DC, for Respondent.

## RULING ON ENTITLEMENT[1]

On October 15, 2024, Kelly Zrimsek ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-10 et seq. (Vaccine Act). Petitioner alleges that she suffered Chronic Regional Pain Syndrome after receiving an influenza vaccine in her left deltoid on October 15, 2021. *See generally* Petition at 1.

On September 8, 2025, Respondent filed a Rule 4(c) Report in this action. *See* Respondent's Report (ECF No. 20) ("Report"). In his Report, Respondent acknowledged that Petitioner's claim is compensable under the Act. Respondent specifically stated that medical personnel at the Division of Injury Compensation Programs, Department of Health and Human Services, have reviewed the Petition and accompanying documents filed in this case, as well as the relevant medical records, and Respondent has concluded that Petitioner has met her burden of proof in connecting the vaccination that she received to her condition, as required for entitlement under the Vaccine Act. *Id.* at 14.

---

[1] "Under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Decision will be available to the public in its present form. *Id."*

In view of Respondent's position, I find that Petitioner is entitled to compensation. A damages order shall follow.

Any questions may be directed to my law clerk, Elizabeth Sockwell, at Elizabeth_sockwell@cfc.uscourts.gov.

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master